UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAROL LOESCH,

        Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.
_____/

CASE NO. 12-14797

SENIOR UNITED STATES DISTRICT JUDGE
ARTHUR J. TARNOW

MAGISTRATE JUDGE MICHAEL J. HLUCHANIUK

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [16] AND DENYING DEFENDANT'S MOTION TO DISMISS [8]

Before the Court is the Magistrate Judge's Report and Recommendation [16], entered on April 7, 2014, recommending that Defendant's Motion to Dismiss [8] be **DENIED**.

No objection to the Report and Recommendation [16] was filed. The Court has reviewed the record in this case.

The Report and Recommendation [16] of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court.

Accordingly,

**IT IS ORDERED** that Defendant's Motion to Dismiss [8] is now **DENIED**.

**SO ORDERED**.

                                     s/Arthur J. Tarnow
                                     ARTHUR J. TARNOW
Dated: April 29, 2014          Senior United States District Judge