UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAROL LOESCH,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

                                     /

Case No. 12-14797

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

U.S. MAGISTRATE JUDGE
ELIZABETH A. STAFFORD

**ORDER ADOPTING REPORT AND RECOMMENDATION [28]; DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [23]; AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [26]**

On June 2, 2015, the Magistrate Judge issued a Report and Recommendation [Doc. #28] on the parties' motions for summary judgment [23, 26]. Neither party has filed any objection to the Report and Recommendation.

The Court having reviewed the record, the Report and Recommendation [28] is hereby **ADOPTED** and entered as the findings and conclusions of the Court. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment [23] is **DENIED**.

1

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment [26] is **GRANTED**.

**SO ORDERED**.

|  |  |
|---|---|
| Dated: August 12, 2015 | s/Arthur J. Tarnow<br>Arthur J. Tarnow<br>Senior United States District Judge |